ROSEMARY SULLIVAN, ESQ. (SBN 99157)
E-Mail: mikkisullivan@yahoo.com
1331 INDIA STREET
SAN DIEGO, CA 92101
Telephone: (619) 233-0597
Facsimile: (619) 233-7036
Attorney for Plaintiff/Judgment Creditor
and for Successor in Interest

Issued Notice of Renewal to Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PAULA COLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAY W. WATAI,<br><br>　　　　Defendant. | **RENEWAL OF JUDGMENT**<br><br>CASE NO.: 2:11-cv-05643-ABC-PLA |

IT IS HEREBY ORDERED, that a judgment be and is entered in favor of Angela L. Collins, successor-in-interest to the original judgment creditor Paula Collins, as against Jay W. Watai in the sum of **$468,243.17**. This sum is based upon the original judgment amount of $185,891.62 entered in the United States District Court, Southern District of Texas on April 25, 1996. The Texas judgment was comprised of $164,000.00 in principal, $13,371.62 in prejudgment interest, attorney's fees of $8,400.00 and costs of $120.00. That sum of $185,891.62 accrues interest at the stated judgment rate of ten percent (10%) per annum from April 25, 1996 until paid. With post-judgment interest calculated from April 25, 1996 through June 30, 2011 (5,544 days), the amount of post-judgment interest sought and ordered is $282,351.

IT IS SO ORDERED:

Date: July 13, 2011

~~JUDGE~~ OF THE UNITED STATES DISTRICT CLERK

\\1331-srv\Profiles\GZ\S1\Desktop\Proposed Judgment.wpd

1182